**No. 58607.**—J. & K. Trading Co. *v.* United States, protest 227996–K (New York).

Opinion by JOHNSON, J. An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's classification, the protest was overruled.

**No. 58608.**—W. J. Byrnes & Co. of N. Y., Inc. *v.* United States, protest 228116–K (New York).

Opinion by JOHNSON, J. An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's classification, the protest was overruled.

**No. 58609.**—I. F. Roncallo *v.* United States, protest 228301–K (New York).

Opinion by JOHNSON, J. An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's classification, the protest was overruled.

**No. 58610.**—Carole Stupell, Ltd. *v.* United States, protest 230252–K (New York).

Opinion by JOHNSON, J. An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's classification, the protest was overruled.